### ROBINSON *v.* THE STATE.

FISH, J.  An indictment which charges the accused " with the offense of as-
sault with intent to rape," for that he, on a named date, in a designated
county, " then and there unlawfully and with force and arms in and upon
[a named female] . . violently, feloniously, and forcibly did make an as-
sault, with intent her the said [female] then and there forcibly and against
her will to feloniously ravish and carnally know," is not demurrable upon
the ground that it " does not allege any offense under the laws of Georgia,"
or " because it does not allege any overt act that the defendant did, going to
show that he intended to commit the crime of rape."
        *Judgment affirmed.  By five Justices.*

Submitted April 28, — Decided May 30, 1903.

Indictment for assault with intent to rape.  Before Judge Rus-
sell.  Gwinnett superior court.  March 10, 1903.

*John R. Cooper* and *Oscar Brown,* for plaintiff in error.
*C. H. Brand, solicitor-general,* contra.